UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| GLENN BEEBE,<br><br>    Petitioner,<br><br>    vs.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>    Respondent. | Case No. CV 08-00228-S-REB<br><br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed with this Judgment, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED in its entirety with prejudice.

DATED: **September 15, 2009**

_____
Honorable Ronald E. Bush
U. S. Magistrate Judge